IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS INDUSTRIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:17-cv-03345 |
| | § | |
| OLD REPUBLIC INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF TEXAS INDUSTRIES, INC.'S
## MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff, Texas Industries, Inc., by and through counsel and pursuant to the Settlement Agreement reached by the parties in the above matter, hereby files this Motion to Dismiss with Prejudice its claims against Defendant, Old Republic Insurance Company, in accordance with Federal Rule of Civil Procedure 41(a)(2).

Respectfully submitted this 3rd day of August, 2018.

**BARNES & THORNBURG LLP**

/s/ James J. Leonard_____
James J. Leonard
Texas Bar No. 12209700
John L. Corbett
Texas Bar No. 24088884
2100 McKinney Avenue
Suite 1250
Dallas, TX 75201
Main: (214) 258-4200
Fax: (214) 258-4199
E-mail: jim.leonard@btlaw.com
E-mail: john.corbett@btlaw.com

*Attorneys for Texas Industries, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been sent to all counsel of record by electronic means on the 3rd day of August, 2018 as follows:

    Robert J. Palmer
    Andy Nikolopoulos
    FOX ROTHSCHILD LLP
    Two Lincoln Center
    5420 LBJ Freeway, Suite 1200
    Dallas, Texas 75240
    rpalmer@foxrothschild.com
    anikolopoulos@foxrothschild.com

                                                 */s/ James J. Leonard*_____
                                                 James J. Leonard
                                                 Texas Bar No. 12209700